IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NADINE ROBERSON** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 1:06-cv-818-HSO-JMR**

**NORTHROP GRUMMAN SHIP**
**SYSTEMS, INC.** **DEFENDANT**

## STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1), the parties stipulate that Plaintiff Nadine Roberson's claims are dismissed with prejudice with the parties to bear their own attorneys' fees and costs.

IT IS SO STIPULATED AND AGREED.

Dated: December 5, 2007        By: *s/Brooks Eason*
                                                   Brooks Eason
                                                   Attorney for Defendant


Dated: December 5, 2007        By: *s/William McNeill*
                                                   William McNeill
                                                   Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following: Maria Candace Burnette, Paul B. Eason, William Davis Frye, Adam H. Gates, Joan L. Lucas, and Scott W. Pedigo.

   /s/ Laurel Kapros
Laurel Kapros